**Exhibit "1"**

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

**WILLIAM SOUTH**, individually and on
behalf of all those similarly situated,

     Plaintiff,                   **CLASS REPRESENTATION**

v.                                 Case No.:

**PROGRESSIVE SELECT INSURANCE
COMPANY,**

     Defendant.

_____/

**CLASS ACTION COMPLAINT
AND DEMAND FOR JURY TRIAL**

     Plaintiff, **WILLIAM SOUTH** ("South"), individually, and on behalf of all those similarly situated, brings this action against Defendant, **PROGRESSIVE SELECT INUSRANCE COMPANY**, ("Progressive"), and alleges as follows:

**Introduction**

     1. Progressive insures all its Florida individual automobile insurance policyholders using the identical Form 9611D FL (07/13) policy form (the "Policy"). The Policy, as reformed to conform with Fla. Stat. § 626.9743(5)(a), allows Progressive to adjust and settle a first-party motor vehicle total loss via a cash settlement based upon the actual cost to purchase a comparable motor vehicle. Such "actual cost" may be derived from the retail cost as determined from a generally recognized used motor vehicle industry source, including an electronic database. Fla. Stat. § 626.9743(5)(a)(2).

     2. Progressive purports to adjust and settle the total loss claims of all its Florida policyholders in this manner, but it does not do so in reality, thereby breaching the Policy as to

all of them.  Specifically, it uniformly uses the Mitchell WorkCenter Total Loss electronic system (the "Mitchell System") a proprietary product licensed from Mitchell International, Inc. ("Mitchell') to adjust and settle total loss claims in Florida. Use of the Mitchell System breaches the Policy in two major ways.

3.  First, it is not a "generally recognized used vehicle industry source" as required by the Policy and Florida law. Second, it is specifically designed to underestimate the retail cost of comparable motor vehicles.  The result is that in the overwhelming majority of cases, the Mitchell System undervalues insured vehicles by hundreds or even thousands of dollars when compared to the retail costs provided by generally recognized used motor vehicle industry sources such as the National Auto Dealers Association ("NADA") database and the Kelly Blue Book ("KBB") database, such that Progressive damages almost all its Florida policyholders who suffer total losses in this manner.

4.  To make matters worse, Progressive additionally breaches the Policy and violates Florida law by refusing to pay title and license plate registration fees required by the State and the dealer fees charged by every used car dealer in Florida.  Those fees constitute part of the "actual cost to purchase a comparable motor vehicle," just like sales tax.  Progressive's refusal to pay these fees additionally damages by hundreds of dollars all its Florida policyholders who suffer total losses.

5. On behalf of himself and a class of similarly situated Florida Progressive automobile insurance policyholders, South seeks a declaratory judgment that the Policy does not allow Progressive to adjust and settle total loss claims using the Mitchell System and that Progressive must pay title, registration and dealer fees. He also brings a cause of action for breach of contract on behalf of himself and those other policyholders to recover the damages they suffered as a result of Progressive's use of the Mitchell System and refusal to pay title, registration and dealer

fees.  In conjunction with both causes of action, South seeks to recover the reasonable attorneys' fees and costs required to prosecute them.

**Jurisdiction, Parties, Venue**

6.     This is an action asserting class claims for declaratory relief and damages pursuant to Florida Rule of Civil Procedure 1.220(b)(1)(A), (2) and/or (3).

7.     This Court has jurisdiction because South seeks declaratory relief and because the amount in controversy exceeds $15,000, exclusive of interest, costs, and attorneys' fees.

8.     Currently, South does not have evidence to support that the amount in controversy exceeds $5,000,000.

9.     Plaintiff William South is, and at all material times has been, a resident of Pasco County, Florida, and insured by Progressive.

10.     Progressive is an Ohio corporation with its principal place of business in Ohio registered to do and doing business in Florida as a Foreign Profit Corporation. At all times material hereto, Progressive was in the business of selling automobile insurance and adjusting and settling automobile insurance claims, including the sale of Collision and Comprehensive coverages and adjustment and settlement of first-party total loss claims under those coverages. Progressive may be served with process through its registered agent for the service of process in Florida, Jimmy Patronis, the Chief Financial Officer of the Florida Department of Financial Services at 200 E Gaines St, Tallahassee, FL 32399.

11.     Venue is proper in Hillsborough County, Florida, because Progressive is a Foreign Profit Corporation and it has offices for the transaction of its customary business in Hillsborough County.

12.     All conditions precedent to the maintenance of this action have occurred, have been performed, have been waived, or Progressive is estopped from asserting them.

**<u>Factual Allegations Common to South and the Class</u>**

13.   Progressive insures all its Florida individual automobile insurance policyholders using the identical Form 9611D FL (07/13) policy form (the "Policy").  The Policy provides, in pertinent part, as follows:

## <u>PART IV – DAMAGE TO A VEHICLE</u>

**INSURING AGREEMENT – COLLISION COVERAGE**

If **you** pay the premium for this coverage, **we** will pay for sudden, direct, and accidental loss to a:

1. **Covered auto,** including an attached **trailer;** or
2. **non-owned auto;**
    and its **custom parts or equipment,** resulting from **collision.**

In addition, **we** will pay the reasonable costs to replace any child safety seat damaged in the accident to which this coverage applies.

**INSURING AGREEMENT – COMPREHENSIVE COVERAGE**

If **you** pay the premium for this coverage, **we** will pay for sudden, direct, and accidental loss to a:

1. **Covered auto,** including an attached **trailer;** or
2. **non-owned auto;**
    and its **custom parts or equipment,** not resulting from **collision.**

A loss not caused by **collision** includes:
1.      contact with an animal (including a bird);
2.      explosion or earthquake;
3.      fire;
4.      malicious mischief or vandalism;
5.      missiles or falling objects;
6.      riot or civil commotion;
7.      theft or larceny;
8.      windstorm, hail, water or flood; or
9.      breakage of glass not caused by **collision**.

…

**LIMITS OF LIABILITY**

1.      The limit of liability for loss to a **covered auto, non-owned auto,** or **custom parts or equipment** is the lowest of:

      a.      the actual cash value of the stolen or damaged property at the time of the loss reduced by the applicable deductible;

      b.      the amount necessary to replace the stolen or damaged property reduced by the applicable deductible;

      c.      the amount necessary to repair the damaged property to its pre-loss physical condition reduced by the applicable deductible;

      d.      the Stated Amount shown on the **declaration page** for that **covered auto;**

2.      Payments for loss to a **covered auto, non-owned auto,** or **custom parts or equipment** are subject to the following provisions:

…

g.      The actual cash value is determined by the market value, age, and condition of the vehicle at the time the loss occurs.

…

## PART VII – GENERAL PROVISIONS

### SETTLEMENT OF CLAIMS

**We** may use estimating, appraisal, or injury evaluation systems to assist **us** in adjusting claims under this policy and to assist **us** in determining the amount of damages, expenses, or loss payable under this policy.  Such systems may be developed by **us** or a third party and may include computer software, databases, and specialized technology.

### TERMS OF POLICY CONFORMED TO STATUTES

If any provision of this policy fails to conform to the statutes of the state listed on **your** application as **your** residence, the provision shall be deemed amended to confirmed to such statutes.  All other provisions shall be given full force and effect.  Any disputes as to the coverages provided or the provisions of this policy shall be governed by the law of the state listed on **your** application as **your** residence.

14. Fla. Stat. § 626.9743 provides, in pertinent part, as follows:

(1) This section shall apply to the adjustment and settlement of personal and commercial motor vehicle insurance claims.

(5) When the insurance policy provides for the adjustment and settlement of first-party motor vehicle total losses on the basis of actual cash value or replacement with another of like kind and quality, the insurer shall use one of the following methods:

 (a) The insurer may elect a cash settlement based upon the actual cost to purchase a comparable motor vehicle, including sales tax, if applicable pursuant to subsection (9). Such cost may be derived from:

1. When comparable motor vehicles are available in the local market area, the cost of two or more such comparable motor vehicles available within the preceding 90 days;

2. The retail cost as determined from a generally recognized used motor vehicle industry source such as:

a. An electronic database if the pertinent portions of the valuation documents generated by the database are provided by the insurer to the first-party insured upon request; or

b. A guidebook that is generally available to the general public if the insurer identifies the guidebook used as the basis for the retail cost to the first-party insured upon request; or

3. The retail cost using two or more quotations obtained by the insurer from two or more licensed dealers in the local market area.

15.    Pursuant to the Limits of Liability for the Collison and Comprehensive coverages of the Policy and Fla. Stat. § 319.30, Progressive has the right when presented with a claim for damages to a vehicle where its actual cash value is less than the cost of repair to declare the vehicle a total loss and pay that lesser actual cash value.  Of course, when a vehicle is stolen, it is a total loss, and Progressive must pay the actual cash value.

16.    When Progressive declares a vehicle a total loss, it must pay its insured the vehicle's actual cash value as defined in and pursuant to Fla. Stat. § 626.9743, because to the extent that the Policy on its face is in any way inconsistent with that statute, its own terms and Florida law compel that it be reformed to conform to the statute. Thus, if Progressive elects to pay a cash

settlement, as it uniformly does, it must pay "the actual cost to purchase a comparable motor vehicle, including sales tax," which "cost may be derived from: … [t]he retail cost as determined from a generally recognized used motor vehicle industry source such as: … [a]n electronic database…" Fla. Sta. § 626.9743(5)(a)(2)(a). This cash settlement is almost always paid before a policyholder purchases a replacement vehicle and its amount is independent of what the policyholder ends up spending, if anything.  In fact, the policyholder may simply keep the cash settlement and never replace the total loss vehicle.

17.  Upon information and belief, in approximately 2010, Progressive began using the Mitchell System to determine the actual cash values of total loss vehicles in Florida.  Also upon information and belief, prior to that time, Progressive determined the actual cash value of total loss vehicles by using the NADA Guidebook.

18.  The Mitchell System provides total loss valuations automatically based on supposedly comparable vehicle data contained in its computer system and objective data on the insured's total loss vehicle entered into it by Progressive inspectors through a computer interface. Among that data entered into the Mitchell System are the total loss vehicle's Vehicle Identification Number ("VIN")-which provides the vehicle make, model, configuration (e.g., number of doors, engine size, equipment and options)-as well as the mileage and license plate number.

19.  The Mitchell System then automatically calculates a "Base Value" for the total loss vehicle and potentially adjusts it based on the condition of the total loss vehicle, which "condition adjustment" is based on data entered by Progressive inspectors called Manage Repair Representatives ("MRR").  The result of taking the "Base Value" and making any condition adjustment is called the "Market Value." From the "Market Value" the applicable deductible is subtracted, resulting in the "Settlement Value." Progressive pays the "Settlement Value" plus

sales tax to its total loss policyholders.

20.   The "Base Value" is calculated by searching the prices advertised by dealers on websites like autotraders.com, cars.com and vast.com and, purportedly, dealer websites for "comparable vehicles" located as close as possible to the insured's residence, adjusting the advertised price up or down based on mileage and equipment to make the "comparable vehicles" better match the total loss vehicle, subtracting a "Projected Sold Adjustment," and then averaging the adjusted prices.  Upon information and belief, the Mitchell System omits some of the highest priced vehicles in the area in order to decrease the "Base Value." Further, although the Mitchell System has no information on the condition of the advertised vehicles and no information on the dealers' willingness to negotiate price reductions on those vehicles and no information on the insured's negotiation abilities, and despite those vehicles having significantly different prices, it deducts high percentages of the comparable vehicles' advertised prices as the "Projected Sold Adjustment."  Those "Projected Sold Adjustments" are not calculated to and do not result in values that approximate actual sales prices, but rather uniformly and deliberately result in a "Basic Value" less than a real retail cost.

21.   The MRR assigns a numerical value between 1 and 5 to reflect the condition of each of thirteen portions of the total loss vehicle, including exterior, interior, mechanical and tires. These are averaged to come up with a single numerical ranking of the total loss vehicle's overall condition. Without any actual knowledge of the conditions of the "comparable vehicles," the Mitchell System assumes they all have a condition factor of 3.0.  The overall condition factor of the total loss vehicle (the average of the 13 condition factors entered by the MRR) is used to determine a percentage reduction or increase in the "Base Value."  If the loss vehicle overall condition factor is less than the 3.0 condition factor assumed for the "comparable vehicles," the "Base Value" is adjusted downward.  If the loss vehicle overall condition factor is greater than

3.0, the "Base Value" is adjusted upward. As previously stated, the "Base Value" plus or minus any condition adjustment becomes the "Market Value."

22. Not surprisingly, Progressive's condition adjustment is downward in the overwhelming majority of cases, resulting in "Market Values" that are hundreds of dollars less than the already too low "Base Values." Progressive's tracking of its total loss claims for a two-year period from May 2012 to April 2014 showed 78% of total loss vehicles received a downward condition adjustment. A presentation by Mitchell to Progressive analyzing Progressive total claims adjusted under the Mitchell System found that the average condition factor assigned to total loss vehicles was 2.83, resulting in an average adjustment of -$245.46. Because of its lack of data regarding the conditions of the "comparable vehicles," Progressive's use of condition adjustments to supposedly match their conditions to the condition of the total loss vehicle is arbitrary and capricious and is not calculated to and does not result in real retail costs. Further, if Mitchell's assumption that **all** or even the majority of dealer cars have a condition of 3.0 or above is correct, such 3.0+ vehicles realistically constitute the comparable motor vehicles available to purchase at retail, and their "retail cost" should not be adjusted downward to the condition of the loss vehicle under the terms of Fla. Stat. § 626.9743(5)(a)(2) and the conformed Policy. To be clear, South and the Class do not contend that the overall total loss vehicle condition factors used by the Mitchell System to adjust "Base Values" are inaccurate. Rather, they contend that the use of condition adjustments at all is illegitimate, in breach of the Policy and in violation of Florida law.

23. The Mitchell System methodology is different from that of the two most well-known sources of used car values that are generally recognized in the used motor vehicle industry, NADA and KBB. NADA and KBB databases use actual sales data, not "adjusted" advertised prices, from a multi-state region. They each provide a "retail clean" or "dealer" value, which

would be the appropriate value to use given that Fla. Stat. § 626.9743(5)(a)(2) requires actual cash value to be based on the retail cost. Regardless of the reasons, in the vast majority of cases, the Mitchell methodology results in "Market Values" that are lower than the NADA and KBB retail clean or dealer values. Indeed, a marketing presentation made by Mitchell to prospective insurance company clients stated that the average market value as determined by the Mitchell System was $6,780, as compared to an average value of $7,680 under NADA. A Progressive claims adjuster can and does in every case obtain the NADA retail clean value as of the date of loss by clicking on a "NADA Button" in the Mitchell System, and this value is retained in Progressive's electronic claims records. NADA offers subscribers to its electronic database the ability to obtain retail clean values at specific dates in the past.

24.   Every Progressive policyholder whose total loss claim is adjusted by the Mitchell System in Florida receives a Mitchell Work Center Total Loss Report ("Mitchell Report") setting forth the Mitchell System valuation.   This report is retained in Progressive's electronic claims records.   Despite having the value in its claim files, Progressive uniformly refuses to use the NADA value in calculating the actual cash value of its policyholders' total loss vehicles.   In fact, Progressive refuses to negotiate the "Base Value" used in calculating the actual cash values other than to offer the policyholder the opportunity to submit other comparable vehicles which Progressive then may choose to feed into the Mitchell System for recalculation of the vehicle's "Base Value."

25.   The Mitchell System does not comply with Fla. Stat. § 626.9743(5)(a)(2)(a) and, thus, breaches the Policy for two major reasons.   First, it is not "a generally recognized used motor vehicle industry source" for the "retail cost" of used motor vehicles.   No participants in the used motor vehicle industry use it—not dealers, not wholesalers, not buyers' agents and not buyers.   Indeed, it is not even available to them to use.   Mitchell only offers the Mitchell System

as a subscription service which is not available to consumers and is not used by any dealers.  It is only used by insurance companies and a rental car company, which are not part of the used motor vehicle industry. Second, its selective exclusion of the "comparable vehicles" with the highest advertised prices, its use of "project sold adjustments" and its use of condition adjustments do not result in retail costs.

26. While Progressive may try to argue otherwise, the Mitchell System is also not designed to and does not comply with Fla. Stat. § 626.9743(5)(a)(1). When that provision states that "the actual cost to purchase a comparable motor vehicle… may be derived from:…the **cost** of two or more such comparable vehicles available within the preceding 90 days" (if "comparable motor vehicles are available in the local market area"), it means the actual cost of buying from private parties, which could only be determined by directly contacting those private parties.  It does not provide for use of an electronic database or system at all, much less one that skews the choice of comparable vehicles to cheat its policyholders and that starts with advertised prices and deducts fictional negotiated price reductions. Nor does it mean determining retail prices by getting quotes from dealers, because that is the option provided by Fla. Stat. § 626.9743(5)(a)(3).

27. Further, despite any Progressive claim to the contrary, the Mitchell System is not designed to and does not comply with Fla. Stat. § 626.9743(5)(a)(3).  It does not obtain "quotes" from dealers—the actual prices for which they commit to sell the cars.  Rather, it takes advertised prices and makes illegitimate "projected sold adjustments" and condition adjustments to those advertised prices.

28. In Florida, the "actual cost to purchase a comparable vehicle" and its "retail cost" necessarily include title and license plate registration fees, just like sales tax, because the State of Florida requires a dealer to collect those amounts in connection with the sale of a used motor

vehicle. They also include dealer fees, because no used car dealer in the State of Florida will sell a vehicle without charging such a dealer fee.  Despite this, Progressive uniformly refuses to pay these required costs.

## Factual Allegations as to Progressive's Treatment of South

29.  On or about May 9, 2018, South's vehicle ("Covered Vehicle"), a 2014 Ford Focus SE, was involved in motor vehicle accident which rendered the vehicle a total loss. At that time, South was a contracting party and named insured under the Policy issued by Progressive, which was in full force and effect.

30.  On May 10, 2018, South made a total loss claim with Progressive for payment on his Covered Vehicle, plus sales tax and replacement costs. On May 11, 2018, Progressive affirmed Collision coverage for the Covered Vehicle as a total loss.

31.  On May 15, 2018, Progressive sent South the Mitchell Report claiming a "Market Value" of the Covered Vehicle of $9,815.55 (based on a "Base Value" of that amount and no condition adjustment), a NADA database report showing a clean retail value of the Covered Vehicle of $11,075 and a KBB database report showing a private party value for the Covered Vehicle of $10,392.00. True and correct copies of these documents are attached hereto as Exhibits A, B and C respectively. Taking the average of the adjusted prices of the "comparable vehicles" selected by the Mitchell System without the "projected sold adjustments" results in a "value" of $10,544.61, still far less than the NADA and KBB values.  This demonstrates that the Mitchell System selects "comparable vehicles" or uses some other technique to deliberately undervalue total loss vehicles. Progressive "offered" to settle for $9,315.55, which represented the "Market Value" of $9,815.55 less the deductible of $500.00.

32. Also on May 15, 2018, South requested a higher valuation based on the NADA value, but Progressive refused to pay it, saying that the Covered Vehicle's value had to come from the

Mitchell System and the only way to change that would be for South to send in additional comparable vehicles to add into the Mitchell System.   On May 16, 2015, South requested immediate payment of the offered amount without prejudice to his right to further contest the value because he urgently needed the money to purchase a new vehicle for transportation for his daughter and because he needed to pay off the lien holder. Progressive paid South a total of $10,454.46, representing the $9,815.55 "Base Value" and "Market Value," less the $500 deductible ("the "Settlement Value"), plus sales tax of $638.93, which tax was calculated based on the $9,815.55 "Market Value" of the Covered Vehicle.

33.   On June 5, 2018, South requested in writing payment of $79.75 for title and license plate registration fees.   On June 11, 2018, South requested in writing payment of an additional $1,486.54 based on additional comparable vehicles (the paperwork for which was enclosed with the letter) and a minimum dealer fee of $650.00. On June 13, 2018, Progressive refused in writing to pay the title and license plate registration fees and to pay any more for the actual cash value of the Covered Vehicle, thereby denying payment of the dealer fee.   Progressive would not even input the additional comparable vehicles into the Mitchell System to see if that would increase the "Base Value" as it had previously promised to do.

## Class Action Allegations

34.   Pursuant to Florida Rule of Civil Procedure 1.220(b)(1)(A), (2) & (3), South brings Count I of this action for declaratory judgment on his own behalf and on behalf of the Class defined below. Pursuant to Rule 1.220(b)(1)(A) & (3), he brings Count II for breach of contract on his own behalf and on behalf of the Class defined below.

35.   The Class consists of and is defined as all individuals who: (a) on or after August, __, 2013; (b) are or were covered by a Progressive Florida personal automobile insurance policy; (c) made a claim under the Collision or Comprehensive coverage of that policy for damage or loss to

13

a covered vehicle which Progressive accepted and treated as a total loss claim; and (d) Progressive paid the claim or offered to pay the claim (which offer remains unaccepted) on a cash settlement basis with the actual cash value derived from the Mitchell System (hereafter the "Class"). The class period will be from September 18, 2013, to the date of class certification (hereinafter the "Class Period").

36.   South reserves the right to amend the Class and/or add sub-class definitions as discovery proceeds and to conform to the evidence.

37.   While the exact number of Class members is unknown at this time, South submits, based upon his counsel's representation of automobile accident victims in Florida, that there are at least a hundred Progressive policyholders spread throughout the State of Florida who are potential Class members in this action.   Accordingly, separate joinder of all Class members would be impracticable.

38.   This action poses questions of law and fact that are common to and affect the rights of all members of the Class. Such questions of law and fact common to the Class include, but are not limited to, the following:

(a) Whether Progressive's use of the Mitchell System to adjust and settle first-party motor vehicle total losses using the Mitchell System breaches the Policy and violates Florida law?

(b) Whether Progressive's refusal to pay title and license plate registration fees breaches the Policy and violates Florida law?

(c) Whether Progressive's refusal to pay dealer fees breaches the Policy and violates Florida law?

(d)  Whether South and the other Class members were damaged by Progressive's use of the Mitchell System in the amount of the difference between the "Market Value"

of the total loss vehicle and the NADA retail clean value for the vehicle?

(e)  Alternatively, whether South and the other Class members were damaged by Progressive's use of the Mitchell System in the amount of the difference between the "Base Value" of the total loss vehicle and the NADA retail clean value for the vehicle?

(f)  Whether South and the other Class members were damaged in the amount of the title and license plate registration fees Progressive refused to pay?

(g)  Whether South and the other Class members were damaged in the amount of the dealer fees Progressive refused to pay?

(h)  Whether South and the other Class members still insured by Progressive are entitled to a declaration of their rights under the Policy and Florida law in the event they suffer a total loss to a covered vehicle?

(i)  Whether South and the other Class members are entitled to recover reasonable attorneys' fees and costs in connection with the successful prosecution of their declaratory judgment and/or breach of contract causes of action?

39.  South's claims are typical of the claims of the other members of the Class, because they all arise out of the exact same policies and practices of Progressive and under the exact same theories of law.

40.  South will adequately represent the Class, because he and the undersigned counsel he has retained have no conflicts of interest with the other Class members, he is ready, willing and able to represent the Class, and the undersigned retained attorneys are very experienced class action practitioners with extensive experience in prosecuting class actions against automobile insurers.

41. South's and the Class's declaratory judgment and breach of contract causes of action may be maintained as a class action pursuant to Rule 1.220(b)(1)(A) because the prosecution of

separate claims by individual Class members would create a risk of inconsistent or varying adjudications concerning individual members of the Class which would establish incompatible standards of conduct for Progressive.  For example, the court in one case might rule that Progressive must pay dealer fees while another might rule that it does not have to do so. Progressive would be left in an untenable legal limbo in such an event because Florida law requires it to treat all insureds the same under similar circumstances.

42. South's declaratory judgment cause of action may also be maintained as a class action pursuant to Rule 1.220(b)(2), because Progressive has acted and refused to act on grounds generally applicable to all members of the Class, thereby making final declaratory relief concerning the Class as a whole appropriate.  Specifically, Progressive has in the past and will in the future adjust total loss claims the exact same way in breach of the Policy and in violation of Florida law, making declaratory relief for the Class as to its members' rights under the Policy and Florida law appropriate.

43.  South's declaratory judgment and breach of contract causes of action may also be maintained as a class action pursuant to Rule 1.220(b)(3), because the questions of law or fact common to South and the Class predominate over any questions of law or fact affecting only individual Class members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy. As demonstrated by paragraph 38 above, all the questions necessary for resolution of Progressive's liability to South and the Class are common. The only individual issues are the amounts of damages, and they may be calculated on a mechanical, ministerial basis without the need for the trier of fact to decide them.

44. More specifically, the damages to each Class member from Progressive's use of the Mitchell System can be calculated by subtracting either the "Market Value" or the "Base Value' from the NADA value, all of which amounts will be in Progressive's electronic records for each

Class member.  To the extent any NADA values are missing, they can be obtained from the NADA system. A reasonable assumption for a cash settlement is that each Class member will necessarily incur a $75.25 transfer of title fee without lien and the $4.50 license plate registration transfer fee, making all Class members entitled to recover the exact same $79.75 for Progressive's refusal to pay for title and registration.  And, South can provide evidence of the average dealer fee in Florida, which amount can be awarded to every Class member for Progressive's refusal to pay dealer fees.

45. A class action is superior because the amounts recoverable by individual Class members are not sufficient to justify individual suits against a large corporation like Progressive which can be expected to vigorously defend every such suit. For that reason, Class members do not have a real interest in individually controlling their separate claims.  Further, the overwhelming majority of Class members do not even know they have such claims to sue over. This is demonstrated by the fact that there do not appear be any pending individual suits in Florida over these issues. Simply put, there are no alternatives to a class action to resolve this controversy.

46. Even if individual suits were feasible and likely to be filed, it would be highly inefficient and a waste of the parties' and the court system's resources to repeatedly adjudicate the same factual and legal issues.  Plus, it could result in undesirable inconsistent adjudications as set forth above.  Thus, it is highly desirable to concentrate the litigation in this forum, which is well equipped to resolve the controversy for all Class members and Progressive.

47. There are no unusual difficulties likely to be encountered in the management of this case as a class action.  Florida law applies to all Class members' claims, and the legal issues are simple matters of statutory and contractual interpretation.  All Class members are readily ascertainable from Progressive's records, including physical addresses and email addresses (in

most cases), making the provision of notice routine.  And, as previously explained, damages are easily and readily calculable for each Class member on a mechanical, ministerial basis.

## Count I – Class Action for Declaratory Relief

48.  This is a class action for declaratory relief pursuant to Chapter 86, Florida Statutes, brought by South and the Class against Progressive.

49.  South and the Class re-allege and incorporate by reference Paragraphs 1-47 above.

50.  South and the Class take the positions that the Policy as reformed to conform with Fla. Stat. § 626.9743(5)(a) (if necessary): (a) does not allow Progressive to adjust and settle first-party motor vehicle total losses using the Mitchell System; (b) requires it to pay title and license plate registration fees on total loss claims, and (c) requires it to pay dealer fees on total loss claims. Progressive disagrees with these positions and uniformly uses the Mitchell System to adjust and settle such claims and uniformly refuses to pay title and license plate registration fees and dealer fees in connection with such claims.

51.  South and the other Class members still insured by Progressive are in doubt concerning their rights, and a bona fide present controversy exists between them and Progressive concerning the proper interpretation of Fla Stat. § 626.9743(5)(a) and the Policy, and the parties' respective rights and obligations thereunder.

52.  The rights, status, or other equitable or legal relations of the parties are affected by the Policy and Fla Stat. § 626.9743(5)(a).  Accordingly, pursuant to Fla. Stat. § 86.021, South and the other Class members may obtain a declaration of their rights, status, or other equitable or legal relations thereunder.

53.  South has retained the undersigned counsel to prosecute this action and is entitled to recover his reasonable attorneys' fees and costs pursuant to Fla. Stat. § 627.428.

## Count II- Class Action for Breach of Contract

54. This is a class action for breach of contract brought by South and the Class against Progressive.

51. South and the Class re-allege and incorporate by reference Paragraphs 1-47 above

52. The Policy constituted binding contacts between Progressive and South and the other Class members. By its own terms and Florida law, to the extent the Policy's express terms regarding the adjustment and settlement of first-party motor vehicle total losses on the basis of actual cash value vary from the provisions of Fla. Stat. § 626.9743(5)(a), it is deemed reformed to conform with that statute.

53. As explained above, by using the Mitchell System to adjust and settle the first-party motor vehicle total losses of South and the Class, Progressive breached the Policy as to them. Such breach proximately injured South and each Class member in the amount of the difference between either the "Market Value" or the "Base Value" calculated by the Mitchell System for the Class member's total loss vehicle and the NADA database retail clean or dealer value for the vehicle.

54. As explained above, by refusing to pay South and the Class the title and license plate registration fees they would presumptively incur, $79.75, Progressive breached the Policy. Such breach proximately injured South and each Class member in that amount.

55. As explained above, by refusing to pay South and the Class the dealer fees they would presumptively incur, Progressive breached the Policy.  Such breach proximately injured South and each Class member in the amount of the average dealer fee in Florida.

56. Pursuant to Fla. Stat. § 627.428, South is entitled to recover his reasonable attorneys' fees and costs incurred in prosecuting this suit.

## REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff William South and the Class respectfully request the Court to award the following relief against Progressive:

        a.      Issue an order certifying that this action is properly maintainable as a class action under Rule 1.220(b)(1)(a), (2) and/or (3) and appointing South to represent the Class defined herein;

        b.      Issue an order appointing the undersigned law firms as class counsel;

        c.      Grant a judgment pursuant to Count I against Progressive to South and the other members of the Class still insured by Progressive declaring the parties' respective rights and obligations under the Policy and Florida law as set forth above

        d.      Grant a judgment pursuant to Count II against Progressive awarding South and the other members of the Class damages for breach of contract as set forth above;

        e.      Grant a judgment against Progressive pursuant to Counts I and/or II awarding South and the Class their reasonable attorneys' fees and costs incurred in this action pursuant to Fla. Stat. § 627.428;

        f.      Grant a judgment pursuant to Count II against Progressive awarding South and the Class pre-judgment and post-judgment interest at the maximum rates permissible at law or in equity; and

        g.      Grant a judgment against Progressive awarding South and the Class all such other and further relief, general or special, legal or equitable, to which they may be justly entitled.

## Demand for Jury Trial

South and the Class hereby demand a trial by jury on all the issues so triable.

                       Respectfully Submitted,

                       */s/Scott R. Jeeves*
                       Scott R. Jeeves, Esquire FBN 0905630

Primary Email: sjeeves@jeeveslawgroup.com
Secondary Email: khill@jeeveslawgroup.com
    rmandel@jeevesmandellawgroup.com
**THE JEEVES LAW GROUP, P.A**.
954 First Avenue North
St. Petersburg, FL 33705
Telephone: (727) 894-2929

and

Craig E. Rothburd, Esquire FBN 49182
Email: crothburd@e-rlaw.com
**CRAIG E. ROTHBURD, P.A.**
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606
Telephone: (813) 251-8800

and

Casim Adam Neff, Esquire FBN 94030
**Neff Insurance Law, PLLC**

P.O. Box 15063
St. Petersburg, FL 33733-5063
Telephone: (727) 342-0617
Primary: cneff@neffinsurancelaw.com

and

**Stephen B. Murry, Jr.**
MURRAY LAW FIRM
Suite 2150  Poydras Center
650 Poydras Street
New Orleans, LA  70130
Tel:  504-525-8100
Fax:  504-584-5249
Primary:  smurrayjr@murray-lawfirm.com


**ATTORNEYS FOR PLAINTIFF WILLIAM
SOUTH AND THE CLASS**

Exhibit A

# Vehicle Valuation Report

Prepared For **Progressive Group of Insurance Companies**   (800) 321-9843


mitchell

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 18-34█████ | | COLLISION | WILLIAM SOUTH █████ |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 05/09/2018 | 05/09/2018 | 05/11/2018 | 1007794604 | 1 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2014 | Ford | Focus SE 4 Door Sedan 2.0L 4 Cyl Flexible A FWD | FL 34638 | 26,907 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Ruby Red Tinted Clearcoat | IKLF49, Florida | 1FAD█████ | No |

## Valuation Summary

### Loss Vehicle Adjustments

Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $9,815.55 |
| Condition | $0.00 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| **Market Value =** | **$9,815.55** |

### Settlement Adjustments

Adjustments specific to your policy

| | |
|---|---|
| Deductible - | $500.00 |
| **Settlement Value =** | **$9,315.55** |

## Settlement Value:

# $9,315.55

## Loss Vehicle Detail

Loss vehicle: **2014 Ford Focus | SE 4 Door Sedan | 2.0L 4 Cyl Flexible A FWD**

## Standard Equipment

### Exterior

| | |
|---|---|
| Black Side Windows Trim and Black Front Windshield Trim | Body-colored door handles |
| Body-colored front bumper | Body-Colored Power Side Mirrors w/Convex Spotter and Manual Folding |
| Body-Colored Rear Bumper | Clearcoat paint |
| Compact Spare Tire Mounted Inside Under Cargo | Fixed Rear Window w/Defroster |
| Fully Automatic Aero-Composite Halogen Headlamps w/Delay-Off | Fully Galvanized Steel Panels |
| Grille w/Chrome Bar | Light tinted glass |
| Perimeter/Approach Lights | Steel spare wheel |
| Tires: 16" | Trunk Rear Cargo Access |
| Variable Intermittent wipers | Wheels: 16" Painted Aluminum Alloy |

### Interior

| | |
|---|---|
| 1 LCD Monitor In The Front | 2 12V DC Power Outlets |
| 2 Seatback Storage Pockets | 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement |
| 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement | Air filtration |
| Analog Display | Cargo Area Concealed Storage |
| Cargo Space Lights | Carpet Floor Trim |
| Cloth Bucket Front Seats w/Cloth Back Material | Cloth door trim insert |
| Compass | Cruise control w/steering wheel controls |
| Day-night rearview mirror | Delayed Accessory Power |
| Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination | Driver foot rest |
| Fade-to-off interior lighting | FOB Controls -inc: Trunk/Hatch/Tailgate |
| Front center armrest | Front Cupholder |
| Full Carpet Floor Covering -inc: Carpet Front Floor Mats | Full cloth headliner |
| Full Floor Console w/Covered Storage and 2 12V DC Power Outlets | Full Folding Bench Front Facing Fold Forward Seatback Cloth Rear Seat |
| Glove box | HVAC -inc: Underseat Ducts |
| Instrument Panel Bin, Driver / Passenger And Rear Door Bins | Integrated Roof Antenna |
| Interior Trim -inc: Chrome Interior Accents | Manual air conditioning |
| Manual tilt/telescoping steering column | Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints |
| Outside temp gauge | Power 1st Row Windows w/Driver 1-Touch Down |
| Power Door Locks w/Autolock Feature | Power Rear Windows |
| Radio w/Seek-Scan, Clock and Radio Data System | Radio: AM/FM Single-CD/MP3-Capable -inc: 6 speakers, input jack and speed-sensitive volume control |
| Rear cupholder | Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button |

SYNC Communications & Entertainment System -inc: 911 Assist, VHR, SYNC Services, Applink, Bluetooth, steering wheel controls, USB port and auxiliary input jack

Systems Monitor

Trip computer

Urethane Gear Shift Knob

Wireless Streaming

## Mechanical

| | |
|---|---|
| 12.4 Gal. Fuel Tank | 3.82 axle ratio |
| 3990# Gvwr 827# Maximum Payload | 590CCA Maintenance-Free Battery w/Run Down Protection |
| Brake Actuated Limited Slip Differential | Electric Power-Assist Steering |
| Front And Rear Anti-Roll Bars | Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist |
| Front-wheel drive | Gas-pressurized shock absorbers |
| Short And Long Arm Rear Suspension w/Coil Springs | Single stainless steel exhaust |
| Strut Front Suspension w/Coil Springs | |

## Safety

| | |
|---|---|
| ABS And Driveline Traction Control | Airbag Occupancy Sensor |
| Curtain 1st And 2nd Row Airbags | Driver knee airbag |
| Dual Stage Driver And Passenger Front Airbags | Dual Stage Driver And Passenger Seat-Mounted Side Airbags |
| Electronic stability control (ESC) | Low Tire Pressure Warning |
| Mykey System -inc: Top Speed Limiter, Audio Volume Limiter, Early Low Fuel Warning, Programmable Sound Chimes and Beltminder w/Audio Mute | Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners |
| Rear child safety locks | Side impact beams |

# Loss Vehicle Base Value

Loss vehicle:  2014 Ford Focus |  SE 4 Door Sedan | 2.0L 4 Cyl Flexible A FWD

## Comparable Vehicle Information

Search Radius used for this valuation: **75 miles from loss vehicle zip/postal code.**

Typical Mileage for this vehicle: **42,000 miles**

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 20,318 | 34231 | 69 miles | $8,900.00 Sold Price | $8,730.06 |
| 2 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 30,042 | 34669 | 8 miles | $11,491.00 List Price | $10,761.89 |
| 3 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 33,629 | 34689 | 15 miles | $11,475.00 List Price | $10,879.01 |
| 4 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 32,451 | 33612 | 15 miles | $9,991.00 List Price | $9,427.18 |
| 5 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 20,176 | 33614 | 18 miles | $11,551.00 List Price | $10,405.98 |
| 6 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 26,199 | 33619 | 26 miles | $10,995.00 List Price | $10,081.27 |
| 7 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 26,510 | 33619 | 26 miles | $9,995.00 List Price | $9,266.33 |
| 8 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 29,196 | 33619 | 26 miles | $10,995.00 List Price | $10,272.70 |
| 9 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 30,809 | 33619 | 26 miles | $9,420.00 List Price | $8,841.87 |
| 10 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 30,931 | 33619 | 26 miles | $9,995.00 List Price | $9,385.18 |
| 11 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 17,559 | 33619 | 26 miles | $11,995.00 List Price | $10,851.41 |
| 12 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 33,773 | 33881 | 53 miles | $9,653.00 List Price | $9,156.99 |
| 13 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 25,670 | 33881 | 53 miles | $11,000.00 List Price | $10,172.40 |
| 14 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 26,751 | 33841 | 59 miles | $9,999.00 List Price | $9,182.85 |
| 15 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 31,530 | 32703 | 69 miles | $11,501.00 List Price | $10,805.86 |
| 16 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 34,481 | 32808 | 71 miles | $9,100.00 List Price | $8,718.91 |
| 17 | 2014 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 23,445 | 34744 | 75 miles | $10,725.00 List Price | $9,924.42 |

**Base Value:** **$9,815.55**

## Loss Vehicle Adjustments

Loss vehicle: **2014 Ford Focus | SE 4 Door Sedan | 2.0L 4 Cyl Flexible A FWD**

## Condition Adjustments

Condition Adjustment:  **$0.00**          Overall Condition:  **3.00-Good**          Typical Vehicle Condition:  **3.00**

| Category | Condition | Comments |
|---|---|---|
| **Interior** | | |
| DOORS/INTERIOR PANELS | 3 Good | |
| CARPET | 3 Good | |
| SEATS | 3 Good | |
| HEADLINER | 3 Good | |
| DASH/CONSOLE | 3 Good | |
| GLASS | 3 Good | |
| **Exterior** | | |
| PAINT | 3 Good | |
| VINYL/CONVERTIBLE TOP | Typical | |
| TRIM | 3 Good | |
| BODY | 3 Good | |
| **Mechanical** | | |
| ENGINE | 3 Good | |
| TRANSMISSION | 3 Good | |
| **Tire** | 3 Good | lf 8 rf 8 lr 5 rr 5 |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

# Comparable Vehicles

Loss vehicle:  **2014 Ford Focus | SE 4 Door Sedan | 2.0L 4 Cyl Flexible A FWD**

### 1   2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**Sold Price: $8,900.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F20ELXXXXXX | | 04/14/2018 | 34231 | 69 miles |

Source

FRANCHISE SALE - J.D. POWER
AND ASSOCIATES

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Mileage | 26,907 | 20,318 | -$169.94 |
| | | **Total Adjustments:** | **-$169.94** |
| | | **Adjusted Price:** | **$8,730.06** |

### 2   2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $11,491.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F27EL426402 | 17662 | 03/14/2018 | 34669 | 8 miles |

Source

DEALER WEB LISTING - CARS.COM
GOLDEN OLDIES AUTO SALES
10535 STATE ROAD 52
HUDSON FL 34669
727-856-3939

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$826.00 |
| Mileage | 26,907 | 30,042 | $96.89 |
| | | **Total Adjustments:** | **-$729.11** |
| | | **Adjusted Price:** | **$10,761.89** |

## 3 2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD — List Price: $11,475.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F29EL398134 | ROP10321 | 03/23/2018 | 34689 | 15 miles |

Source

DEALER WEB LISTING - CARS.COM
KARL FLAMMER FORD
41975 US-19
TARPON SPRINGS FL 34689
888-901-5275

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$825.00 |
| Mileage | 26,907 | 33,629 | $229.01 |
| | | Total Adjustments: | -$595.99 |
| | | Adjusted Price: | $10,879.01 |

## 4 2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD — List Price: $9,991.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F20EL165842 | JL209137A | 02/10/2018 | 33612 | 15 miles |

Source

DEALER WEB LISTING - CARS.COM
ELDER FORD OF TAMPA
9560 N FLORIDA AVE
TAMPA FL 33612
813-321-1234

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$718.00 |
| Mileage | 26,907 | 32,451 | $154.18 |
| | | Total Adjustments: | -$563.82 |
| | | Adjusted Price: | $9,427.18 |

Claim # 18-34 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 7

### 5 — 2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $11,551.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F21EL436486 | 180599C | 05/09/2018 | 33614 | 18 miles |

Source

DEALER WEB LISTING - CARS.COM
BILL CURRIE FORD
5815 N DALE MABRY HWY
TAMPA FL 33614
813-872-5555

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$938.00 |
| Mileage | 26,907 | 20,176 | -$207.02 |
| | | **Total Adjustments:** | **-$1,145.02** |
| | | **Adjusted Price:** | **$10,405.98** |

### 6 — 2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $10,995.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F29EL426689 | CPO4835 | 05/09/2018 | 33619 | 26 miles |

Source

DEALER WEB LISTING - CARS.COM
BRANDON FORD
9090 E ADAMO DR
TAMPA FL 33619
813-246-3673

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$893.00 |
| Mileage | 26,907 | 26,199 | -$20.73 |
| | | **Total Adjustments:** | **-$913.73** |
| | | **Adjusted Price:** | **$10,081.27** |

Claim # 18-3[    ]1 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 8

## 7  2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $9,995.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F20EL216238 | AD4220B | 03/08/2018 | 33619 | 26 miles |

Source

DEALER WEB LISTING - CARS.COM
BRANDON FORD
9090 E ADAMO DR
TAMPA FL 33619
813-246-3673

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$718.00 |
| Mileage | 26,907 | 26,510 | -$10.67 |
| | | **Total Adjustments:** | -$728.67 |
| | | **Adjusted Price:** | **$9,266.33** |

## 8  2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $10,995.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F28EL368302 | 0CPO4672 | 03/09/2018 | 33619 | 26 miles |

Source

DEALER WEB LISTING - CARS.COM
BRANDON FORD
9090 E ADAMO DR
TAMPA FL 33619
813-246-3673

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$790.00 |
| Mileage | 26,907 | 29,196 | $67.70 |
| | | **Total Adjustments:** | -$722.30 |
| | | **Adjusted Price:** | **$10,272.70** |

### 9  2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $9,420.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 1FADP3F26EL378696 | CPO4622 | 03/07/2018 | 33619 | 26 miles | |

Source

DEALER WEB LISTING - CARS.COM
BRANDON FORD
9090 E ADAMO DR
TAMPA FL 33619
813-246-3673

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$677.00 |
| Mileage | 26,907 | 30,809 | $98.87 |
| | | **Total Adjustments:** | -$578.13 |
| | | **Adjusted Price:** | **$8,841.87** |

### 10  2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $9,995.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 1FADP3F20EL409196 | CPO4623 | 02/12/2018 | 33619 | 26 miles | |

Source

DEALER WEB LISTING - CARS.COM
BRANDON FORD
9090 E ADAMO DR
TAMPA FL 33619
813-246-3673

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$718.00 |
| Mileage | 26,907 | 30,931 | $108.18 |
| | | **Total Adjustments:** | -$609.82 |
| | | **Adjusted Price:** | **$9,385.18** |

### 11 · 2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $11,995.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F26EL339249 | CPO4625 | 02/22/2018 | 33619 | 26 miles |

Source

DEALER WEB LISTING - CARS.COM
BRANDON FORD
9090 E ADAMO DR
TAMPA FL 33619
813-246-3673

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$862.00 |
| Mileage | 26,907 | 17,559 | -$281.59 |
| | | Total Adjustments: | -$1,143.59 |
| | | **Adjusted Price:** | **$10,851.41** |

### 12 · 2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $9,653.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F21EL436682 | 97466A | 04/10/2018 | 33881 | 53 miles |

Source

DEALER WEB LISTING - CARS.COM
JARRETT GORDON FORD LINCOLN
OF WINTER HAVEN
3015 US HIGHWAY 17 NORTH
WINTER HAVEN FL 33881
863-294-8065

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$694.00 |
| Mileage | 26,907 | 33,773 | $197.99 |
| | | Total Adjustments: | -$496.01 |
| | | **Adjusted Price:** | **$9,156.99** |

Claim # 18▆▆▆ © 2018 Mitchell International, Inc. All Rights Reserved. | Page 11

### 13   2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $11,000.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F23EL120880 | A4508 | 03/11/2018 | 33881 | 53 miles |

Source

DEALER WEB LISTING - CARS.COM

JARRETT GORDON FORD LINCOLN
OF WINTER HAVEN

3015 US HIGHWAY 17 NORTH

WINTER HAVEN FL 33881

863-294-8065

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$791.00 |
| Mileage | 26,907 | 25,670 | -$36.60 |
| | | **Total Adjustments:** | -$827.60 |
| | | **Adjusted Price:** | **$10,172.40** |

### 14   2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $9,999.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F2XEL366843 | P1556 | 04/25/2018 | 33841 | 59 miles |

Source

DEALER WEB LISTING - CARS.COM

JENKINS FORD

3200 US-17

FORT MEADE FL 33841

863-285-8187

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$812.00 |
| Mileage | 26,907 | 26,751 | -$4.15 |
| | | **Total Adjustments:** | -$816.15 |
| | | **Adjusted Price:** | **$9,182.85** |

## 15   2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD     List Price: $11,501.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 1FADP3F21EL450470 | 450470F | 05/09/2018 | 32703 | 69 miles | |

| Source | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|
| DEALER WEB LISTING - CARS.COM | Projected Sold Adjustment | | | -$838.00 |
| MULLINAX FORD | Mileage | 26,907 | 31,530 | $142.86 |
| 1551 E. SEMORAN BLVD. | | | | |
| APOPKA FL 32703 | | | Total Adjustments: | -$695.14 |
| 888-274-9102 | | | Adjusted Price: | $10,805.86 |

## 16   2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD     List Price: $9,100.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 1FADP3F28EL150621 | | 03/20/2018 | 32808 | 71 miles | |

| Source | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|
| DEALER WEB LISTING - VAST.COM | Projected Sold Adjustment | | | -$594.00 |
| SPORT SUBARU MITSUBISHI | Mileage | 26,907 | 34,481 | $212.91 |
| 3772 WEST COLONIAL DRIVE | | | | |
| ORLANDO FL 32808 | | | Total Adjustments: | -$381.09 |
| 877-323-0801 | | | Adjusted Price: | $8,718.91 |

**17**  **2014 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD**    **List Price: $10,725.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|-----|----------|-------------|-----------------|----------------------------|
| 1FADP3F21EL344634 | 344634F | 04/04/2018 | 34744 | 75 miles |

Source

DEALER WEB LISTING - CARS.COM
MULLINAX FORD KISSIMMEE
1810 E HWY 192
KISSIMMEE FL 34744
407-846-6000

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$700.00 |
| Mileage | 26,907 | 23,445 | -$100.58 |
| | | **Total Adjustments:** | -$800.58 |
| | | **Adjusted Price:** | **$9,924.42** |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|-----------------------|---------------|---------------|
| 2014 Ford Focus SE | 4 Door Sedan 2.0L 4 Cyl Flexible  FWD | $19,710.00 |

## Valuation Notes

arctic white interior styling package: does not have white steering wheel
cargo management package: no cargo management
equipment group 201a: no leather seats
exterior protection package: no rear bumper protector
focus graphics package:  no graphics
interior protection package:  no all weather floor mats
se sport package: no leather steering wheel
se winter package: no all weather floor mats
sony and myford touch package: no sony
super fuel economy package: no white wheel covers
Tuscany red interior style package: no red wheels

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).

- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.

Exhibit B

NADAguides Value Report   5/14/2018

# 2014 Ford Focus

## Sedan 4D SE I4

### Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $5,425 | $6,375 | $7,150 | $9,375 |
| Mileage (26,907) | $1,700 | $1,700 | $1,700 | $1,700 |
| Total Base Price | $7,125 | $8,075 | $8,850 | $11,075 |
| **Options** (change) | | | | |
| **Price + Options** | **$7,125** | **$8,075** | **$8,850** | **$11,075** |
| Certified Pre-Owned (CPO) | | | | +$1,000 |
| **Certified Price with Options** | | | | **$12,075** |

🔔 Get Car Price Change Alerts

Email address    | Notify Me |

Additional Alerts ⌄

Disclaimer

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

Exhibit C

Kelley Blue Book®
The Trusted Resource

**Home    Car Values    Cars for Sale    Car Reviews    Awards & Top 10s    Re**

## 1️⃣ Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

| Instant Cash Offer | Trade-in Value | Private Party Value |

⌄



Private Party Range
**$9,499 - $11,284**
Private Party Value
**$10,392**

Important info & definitions

Track this car's values

Condition: Good
Valid for ZIP Code 33510 through 05/17/2018

**Overall Consumer Rating 7.1/10**

⭐⭐⭐⭐☆ 569 Ratings
Write a Review

**PRIVATE PARTY VALUE**

Leverage this value to set your price and negotiate with private-party buyers.

Average Time to Sell:



**30**
**DAYS**

Level of Effort:



**High**

**See Overview of Values**