UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**WILLIAM SOUTH**, individually and on
behalf of all those similarly situated,

    Plaintiff,

v.                                          Case No.: 1:19-cv-21760-DIMITROULEAS

**PROGRESSIVE SELECT INSURANCE COMPANY,**

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO FILE UNDER SEAL MOTION FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT AND SUPPORTING JEEVES AND STOCKTON DECLARATIONS

    Plaintiff William South files Plaintiff's Motion to File Under Seal Motion for Class Certification and Brief in Support and Supporting Jeeves and Stockton Declarations, pursuant to Docket Entry 77 (Confidentiality Order), and L.R. 5.4, and hereby states in support the following:

    1.    This matter concerns Plaintiff's allegations, on behalf of himself and a putative class, that Defendant underpaid the actual cash value ("ACV") of total-loss vehicles by undervaluing the vehicles and refusing to pay title and license plate registration fees and dealer fees.

    2.    Because the case centers around Defendant's internal policies and procedures related to determinations of ACV, the parties jointly agreed to a Protective Order governing the information marked confidential or highly confidential. D.E. #76. This Court entered its Confidentially Order on April 8, 2020. D.E. # 77.

**South v. Progressive Select Insurance Company**
**Civil Case No. 1:19-cv-21760-DIMITROULEAS**
 - Plaintiff's Unopposed Motion to File Under Seal Motion for Class Certification and Brief in Support and Supporting Jeeves and Stockton Declarations

Page 1 of 4

3.      Plaintiffs' Motion for Class Certification and Brief in Support and the supporting Declaration of Attorney Scott Jeeves in Support of Class Certification ("Jeeves Declaration") and Declaration of Edward M. Stockton in Support of Plaintiff South's Motion for Class Certification ("Stockton Declaration") contain references to and/or attach as exhibits deposition testimony and documents Defendant marked as confidential or highly confidential.

4.      Pursuant to this Court's Confidentiality Order, Plaintiff is required to file such confidential information under seal. D.E. # 77 at ¶ 10.

5.      The Southern District consistently permits documents to be filed under seal where they contain information marked by the opposing party as "Confidential." *See, e.g., Bension v. Vivint, Inc.*, 2013 U.S. Dist. LEXIS 191054 (S.D. Fla. Sep. 9, 2013); *see also Chi. Tribune Co. v. Bridgestone/ Firestone, Inc.*, 263 F.3d 1304, 1310–14 (11th Cir. 2001); *Local Access, LLC v. Peerless Network, Inc.*, 2016 WL 374948 at *1 (M.D. Fla. Feb. 1, 2016) (granting motion to seal documents containing confidential information about the parties' business plans, pricing information, and client contacts).

6.      Southern District Local Rule 5.4 requires that the party must generally describe the content of the documents to be sealed. Here, the documents to be sealed contain or reference or attach deposition testimony and various documents produced by Defendant that discuss or reveal its proprietary claims handling practices, the contents and capabilities of its proprietary databases, and private customer information, including insurance policy numbers, claim numbers, amounts paid on claims and vehicle VIN's, which could be used to identify the customers' names and addresses.

South v. Progressive Select Insurance Company
Civil Case No. 1:19-cv-21760-DIMITROULEAS
- Plaintiff's Unopposed Motion to File Under Seal Motion for Class Certification and Brief in Support and Supporting Jeeves and Stockton Declarations

Page 2 of 4

7.  Finally, S.D. Fla. L.R. 5.4 requires that the party must state the time period for which the document shall remain under seal. Here, the documents should stay under seal for a period of one year after the final judgment in this matter and resolution of any appeals, at which time the sealed filings should be destroyed.

WHEREFORE, for the foregoing reasons, pursuant to D.E. # 77 and L.R. 5.4, Plaintiff respectfully requests the Court to grant the foregoing motion.

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(a)(3), Plaintiffs' counsel certify that they conferred with Defendants' counsel, and Defendants do not oppose the relief requested in this motion.

Date:  July 1, 2020                    /s/Scott R. Jeeves_____

Scott R. Jeeves, Esquire FBN 0905630
Primary Email: sjeeves@jeeveslawgroup.com
Secondary Email: khill@jeeveslawgroup.com
          rmandel@jeevesmandellawgroup.com
**THE JEEVES LAW GROUP, P.A**.
954 First Avenue North
St. Petersburg, FL 33705
Telephone: (727) 894-2929

Craig E. Rothburd, Esquire FBN 49182
Email: craig@rothburdpa.com
**CRAIG E. ROTHBURD, P.A.**
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606
Telephone: (813) 251-8800

Casim Adam Neff, Esquire FBN 94030
**Neff Insurance Law, PLLC**
P.O. Box 15063
St. Petersburg, FL 33733-5063
Telephone: (727) 342-0617
Primary: cneff@neffinsurancelaw.com

**South v. Progressive Select Insurance Company**
**Civil Case No. 1:19-cv-21760-DIMITROULEAS**
 - Plaintiff's Unopposed Motion to File Under Seal Motion for Class Certification and Brief in Support and Supporting Jeeves and Stockton Declarations

Page 3 of 4

>Edward H. Zebersky, Esq. FBN 0908370
>Mark S. Fistos, Esq. FBN 909191
>**ZEBERSKY PAYNE, LLP**
>110 S.E. 6th Street, Suite 210
>Ft. Lauderdale, FL 33301
>Telephone: (954) 989-6333
>Primary: ezebersky@zpllp.com;
>mfistos@zpllp.com; ndiaz@zpllp.com
>
>Alec H. Schultz, Esq. FBN 35022
>Carly A. Kligler, Esq. FBN 83990
>**LEÓN COSGROVE, LLP**
>255 Alhambra Circle, Suite 800
>Coral Gables, FL 33134
>Telephone: (305) 740-1975
>Primary: aschultz@leoncosgrove.com
>
>**Stephen B. Murry, Jr.**
>MURRAY LAW FIRM
>Suite 2150 Poydras Center
>650 Poydras Street
>New Orleans, LA  70130
>Tel:  504-525-8100
>Fax:  504-584-5249
>Primary:  smurrayjr@murray-lawfirm.com
>
>*Attorneys for Plaintiff William South and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system on July 1, 2020, which caused a copy to be served on all counsel of record.

>*/s/Scott R. Jeeves*_____
>Scott R. Jeeves
>*Counsel for Plaintiff and Proposed Class*

**South v. Progressive Select Insurance Company**
**Civil Case No. 1:19-cv-21760-DIMITROULEAS**
 **- Plaintiff's Unopposed Motion to File Under Seal Motion for Class Certification and Brief in Support and Supporting Jeeves and Stockton Declarations**

Page 4 of 4